# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Alexandra Johnston,<br><br>    Plaintiff,<br><br>v.<br><br>AmSher Collection Services, Inc.,<br><br>    Defendant. | Case No. 2:21-cv-01641-ALM-KAJ<br><br>Judge:  Algenon L. Marbley<br><br>Magistrate Judge:  Kimberly A. Jolson<br><br>**NOTICE OF SETTLEMENT** |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

                            RESPECTFULLY SUBMITTED,


Date: April 21, 2021            By:    /s/ Jeffrey S. Hyslip
                    Jeffrey S. Hyslip, Esq. (Ohio Bar No. 0079315)
                    Hyslip Legal, LLC
                    1309 Park St., Suite A
                    McHenry, IL 60050
                    Phone: 614-490-4224
                    Email: jeffrey@hysliplegal.com

                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on, April 21, 2021, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's counsel upon the following:


Spencer M. Schulz
SESSIONS ISRAEL & SHARTLE
3850 N. Causeway Blvd.
Suite 200
Metairie, LA 70002

*Counsel for Defendant*

                    /s/ Jeffrey S. Hyslip